# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CHERNYKH,<br><br>Petitioner,<br><br>v.<br><br>GABRIEL VALDEZ,<br><br>Respondent. | Case No. 5:16-cv-02184-WLH-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the record and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 56). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) the First Amended Petition (Dkt. 42) is **granted in part and denied in part**;

(2) the Board of Immigration Appeals' April 11, 2017 order (AR at 365-66) is **vacated**; and

  (3)  this case is **remanded** to allow the Board of Immigration Appeals to either properly apply the law in reviewing the immigration judge's January 2017 decision to release Petitioner on bond (AR 339-43) or exercise its discretion to dismiss the government's appeal of the immigration judge's decision.

DATED: October 20, 2023

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE