**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIA CHERNYKH,

           Petitioner,

   v.

GABRIEL VALDEZ,

           Respondent.

Case No. 5:16-cv-02184-WLH-KES

**JUDGMENT**

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

    IT IS ADJUDGED that the First Amended Petition is granted in part and denied in part.

DATED:  October 20, 2023

                              _____

                              HON. WESLEY L. HSU
                              UNITED STATES DISTRICT JUDGE